UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST CO., etc., | ) | CASE NO. 1:07CV1139 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MONICA L. HOLLIDAY KELLY, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J.**:

A review of the docket reveals service was completed upon Defendant, Monica L. Holliday Kelly a/k/a Monica L. Holliday, on May 9, 2007; but no answer or other responsive pleading has been filed. Plaintiff, Deutsche Bank Trust Company Americas, shall file an Application for Entry of Default on or before July 25, 2007, or the captioned case will be dismissed as to that Defendant for want of prosecution.

**IT IS SO ORDERED.**

DATE: 7/18/07

*[signature]*
CHRISTOPHER A. BOYKO
United States District Judge