# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney-in-fact** | Case No. 1:07-cv-1139 <br><br> Judge Christopher A. Boyko <br><br> **JUDGMENT** |
| **Plaintiff,** | |
| vs. | |
| **Monica L. Holliday Kelly aka Monica L. Holliday, et al.** | |
| **Defendants.** | |

UNITED STATES DISTRICT JUDGE CHRISTOPHER A. BOYKO

The Court having contemporaneously entered its Default Judgment and Decree of Foreclosure, this action is accordingly terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

DATE: October 8, 2007

                                             s/Christopher A. Boyko
                                             Judge Christopher A. Boyko
                                             UNITED STATES DISTRICT JUDGE

E42