# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney-in-fact<br><br>Plaintiff,<br><br>vs.<br><br>Monica L. Holliday Kelly aka Monica L. Holliday, et al.<br><br>Defendants. | Case No. 1:07-cv-1139<br><br>Judge Christopher A. Boyko<br><br>ORDER CANCELLING SALE PROCEEDINGS, VACATING JUDGMENT, AND DISMISSING CASE |

This matter is before the Court on the motion of Plaintiff for an order cancelling sale proceedings, vacating the judgment and decree of foreclosure entered in this case under Fed. R. Civ. P. 60(b)(5) and for an order dismissing this case under Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Court hereby grants Plaintiff's motion. The judgment and decree of foreclosure entered in this case is hereby vacated and this action is hereby dismissed without prejudice at Plaintiff's costs. ~~The Clerk is hereby ordered to distribute $500.00 from Plaintiff's~~ *The Clerk is ordered to distribute* CAB, J. ~~deposit to master commissioner Daniel J. Ryan and~~ the remaining $630.00 to Plaintiff.

IT IS SO ORDERED.

*Christopher A. Boyko*
Christopher A. Boyko
UNITED STATES DISTRICT JUDGE

*November 5, 2008*

G:\Cases - TM\07-03909\motion to vac judge dismiss case-081104-FFA.wpd